Certificate Number: 16339-PAE-DE-038236535

Bankruptcy Case Number: 19-10915



16339-PAE-DE-038236535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2024</u>, at <u>3:13</u> o'clock <u>PM EST</u>, <u>Jeffrey Esposito</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 1, 2024              By:   /s/Kelley Tipton

                                   Name: Kelley Tipton

                                   Title: Certified Financial Counselor