# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Jeffrey T. Esposito,<br>Helen J. Esposito,<br><br>Debtors. | Case No. 19-10915-amc<br><br>Chapter 13 |

## Debtors' Motion to Reopen Case

**AND NOW**, Debtors Jeffrey T. Esposito and Helen J. Esposito, by and through their attorney, move this Court to reopen this case. In support of this motion, the Debtors state as follows:

1. This case was closed without a discharge on because the Debtors failed to file proof of compliance with 11 U.S.C. §109(h)(4) and 11 U.S.C. §522(q).

2. The Debtors have since filed a financial management course certificate and a statement about domestic support obligations.

3. With that, the Debtors have complied with 11 U.S.C. §109(h)(4) and 11 U.S.C. §522(q).

4. The Debtors request that the Court reopen this case and enter a discharge order.

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: May 31, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com