# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Jeffrey T. Esposito,<br>Helen J. Esposito,<br><br>*Debtors.* | Case No. 19-10915-amc<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reopen Case

- Notice of Motion to Reopen Case, Response Deadline, and Hearing Date

Dated: May 31, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

American Honda Finance Corporation
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016

Philadelphia Parking Authority
701 Market Street
Suite 5400
Philadelphia, PA 19106

Dept. of the Treasury
I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197

Philadelphia Gas Works
Attn: Bankruptcy Dept 3F
800 W Montgomery Ave
Philadelphia Pa,19122

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

TD BANK USA, N.A.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Philadelphia Letter Carriers FCU
2512 S. Broad St.
Phila., PA 19145