# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Jeffrey T. Esposito,<br>Helen J. Esposito,<br><br>*Debtors.* | Case No. 19-10915-amc<br>Chapter 13 |

## Order Granting Motion to Reopen Case

And now, after consideration of the Motion to Reopen Case filed by Debtors Helen J. Esposito and Jeffrey T. Esposito, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REOPENED**.

Date: June 26, 2024

Ashely M. Chan
U.S. Bankruptcy Judge